# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **LITTLEBEAR VILLEGAS,** *Plaintiff*, | § § § |
| v. | § § MO:19-CV-00190-DC |
| **MALLARD COMPLETIONS, LLC,** *Defendant*. | § § § |

## ORDER OF DISMISSAL

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal with Prejudice filed on July, 3, 2020. (Doc. 18).

The Court **ORDERS** that the above-captioned cause is **DISMISSED WITH PREJUDICE** according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and based upon the parties' Joint Stipulation, with the parties to bear their own costs and attorney fees.

The Court further **ORDERS** that all pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 6th day of July, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE